UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States District Court
Southern District of Texas

**ENTERED**

July 08, 2026

Nathan Ochsner, Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § § § § § § § § § § § § § § § | CRIMINAL NO: **4:26-cr-421** |
| v. | | |
| JONATHAN ERIC RODRIGUEZ | | |

## ORDER FOR ISSUANCE OF BENCH WARRANT

A   <u>CRIMINAL INDICTMENT</u>   has been returned against the defendant listed

below.

It is ORDERED that a warrant be issued for the arrest of said defendant.  Upon arrest and

appearance, a judicial determination shall be made as to detention or release on conditions.  The

United States Government recommends to the Court the following:

<u>Defendant</u>

JONATHAN ERIC RODRIGUEZ

☑ DETENTION

☐  RELEASED ON CONDITIONS

☐ APPEARANCE BOND IN THE
   AMOUNT OF: $

SIGNED at Houston, Texas, on   July 8, 2026.

UNITED STATES MAGISTRATE JUDGE